| | |
|---|---|
| 1 | LAW OFFICE OF MONICA L. BERMUDEZ |
| 2 | Monica L. Bermudez, SBN 275434 |
|   | 1670 M. Street |
| 3 | Bakersfield, CA 93301 |
|   | Tel: (661)322-5295 |
| 4 | Email: monica@lawbermudez.com |

LAW OFFICE OF MONICA L. BERMUDEZ
Monica L. Bermudez, SBN 275434
1670 M. Street
Bakersfield, CA 93301
Tel: (661)322-5295
Email: monica@lawbermudez.com

Attorney for:
Jason Schroder

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-CR-0004 LJO |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| v. | Date: September 25, 2017 |
| JASON SCHRODER, | Time: 8:30 A.M. |
| Defendants. | **Courtroom: LJO** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE LAWRENCE J. O'NEILL AND MEGAN RICHARDS, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, JASON SCHRODER, by and through his attorney of record, MONICA L. BERMUDEZ, hereby requesting that the sentencing hearing currently set for Monday, September 18, 2017, be continued to Monday, September 25, 2017 at 8:30 a.m.

The co-defendant in this matter, Delbert Smith, is currently scheduled for sentencing on September 25, 2017. Defense Counsel requests a continuance of one week so Mr. Schroder can be sentenced the same day as Mr. Smith. Counsel has spoken to AUSA Megan Richards and she has no objection to continuing this matter.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

1

**IT IS SO STIPULATED.**

DATED: 9/12/17

Respectfully Submitted,
*/s/ Monica L. Bermudez*
MONICA L. BERMUDEZ
Attorney for Defendant
Jason Schroder

DATED: 9/12/17

*/s/Megan Richards*
MEGAN RICHARDS
Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, the sentencing hearing currently set for September 18, 2017, before Honorable Lawrence J. O'Neill is continued to Monday, September 25, 2017 at 8:30 a.m..

IT IS SO ORDERED.

Dated: **September 14, 2017**      /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE